FILED
CLERK, U.S. DISTRICT COURT

02/08/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____AP____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 5:22-mj-00076 |
| TAFOLLA, JORGE JESSE | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the SOUTHERN District of CALIFORNIA on 12/22/2021
at 8:00 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about 12/22/2021
in violation of Title 18 U.S.C., Section(s) 3583
to wit: PROBATION VIOLATION

A warrant for defendant's arrest was issued by: The Honorable Larry Alan Burns

Bond of $ no was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     2/8/22
                 Date

_Cesar Perez_
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title